**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **3i AVI, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Black Widow Imaging** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-5363099** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **121 Reiters Ridge**<br>**Foristell, MO 63348**<br>Number, Street, City, State & ZIP Code | **762 Luetkenhaus Blvd. #630**<br>**Wentzville, MO 63385**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Charles**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **blackwidowimaging.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **3i AVI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>    5191    </u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **3i AVI, LLC**                                                    Case number (*if known*) _____
_____Name_____

**10.** **Are any bankruptcy cases**          ■ No
**pending or being filed by a**          ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,       Debtor _____    Relationship _____
attach a separate list          District _____ When _____    Case number, if known _____

**11.** **Why is the case filed in**      *Check all that apply:*
**this district?**
■      Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐      A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**        ■ No
**have possession of any**        ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

███ **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49              ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**             ☐ 50-99             ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**    ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ■ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor    **3i AVI, LLC**                                              Case number (*if known*)
          Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **3i AVI, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**April 12, 2022**</u>
                MM / DD / YYYY

**X** /s/ Jason Hauk                            **Jason Hauk**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** /s/ David M. Dare                          Date   **April 12, 2022**
Signature of attorney for debtor                                 MM / DD / YYYY

**David M. Dare 35965**
Printed name

**Herren, Dare & Streett**
Firm name

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
Number, Street, City, State & ZIP Code

Contact phone   **314-965-3373**      Email address   **hdsstl@hdsstl.com**

**35965 MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **3i AVI, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 12, 2022**     *X* **/s/ Jason Hauk**
_____     Signature of individual signing on behalf of debtor

     **Jason Hauk**
     Printed name

     **Managing Member**
     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **3i AVI, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Charles Elbert 8235 Forsyth Blvd. Suite 700 Saint Louis, MO 63105 | | Business | | | | $7,594.40 |
| Chris Boytek 4818 Deermoss Way Jacksonville, FL 32217 | | Wages | | | | $2,750.00 |
| Chris Dillow 13826 Wesst Rd. Westfield, IN 46074 | | Wages | | | | $1,500.00 |
| Colin Helper 8 Brooker Ct. Saint Peters, MO 63376 | | Wages | | | | $1,600.00 |
| Darren Kemper 117 Dover Rd. Noblesville, IN 46060 | | Wages | | | | $5,769.23 |
| Evan Lalo 164 West 18th Street Holland, MI 49423 | | Wages | | | | $3,846.15 |
| Gabriel Turner 20-39 32nd Street Astoria, NY 11105 | | Wages | | | | $2,115.38 |
| Gayleen Sizemore 105 Brookshire Creek Wentzville, MO 63385 | | Wages | | | | $3,250.00 |
| General Motors Corporation PO Box 78143 Phoenix, AZ 85062-8143 | | 2020 Chevrolet Silverado | | $65,621.36 | $60,000.00 | $5,621.36 |

| Debtor | 3i AVI, LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gerard Atienza 5 Concord Trail Ct. Saint Peters, MO 63376 | | Wages | | | | $2,500.00 |
| Lisa Voyles 321 Ratz Drive Granite City, IL 62040 | | Wages | | | | $2,307.69 |
| Liv Vitale 4501 Hold Road Wentzville, MO 63385 | | Wages | | | | $3,500.00 |
| Lou Laste 2472 Jett Ferry Road Suite 400 Atlanta, GA 30338 | | Wages | | | | $2,500.00 |
| Matt Schreiber HC 65 Box 196 Pie Town, NM 87827 | | Wages | | | | $4,153.85 |
| Matt Sherill 6930 Emmons Drive O Fallon, MO 63368 | | Wages | | | | $3,461.54 |
| Mike Kearny 3220 Stowe Landing Saint Charles, MO 63301 | | Wages | | | | $3,500.00 |
| Robert Hernandez Colombia 1223A Puerto Vallarta 45380, Mexico | | Wages | | | | $2,500.00 |
| Sarah Scronce 16 Robin Hood Drive Troy, MO 63379 | | Wages | | | | $2,500.00 |
| Timothy Grimes 938 Kingsridge Ct. Ballwin, MO 63021 | | Wages | | | | $3,461.53 |
| UHY Advisors PO Box 72217 Cleveland, OH 44192 | | Business | | | | $27,365.00 |

**Fill in this information to identify the case:**

Debtor name     **3i AVI, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................................   $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................................   $ _____61,420,000.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................   $ _____61,420,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____65,621.36

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ _____58,758.64

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____34,959.40

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b

$ _____159,339.40

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **3i AVI, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number *(if known)*    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Alliance Credit Union** | **Checking** | **0052** | **$450,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$450,000.00** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **285,000.00** | - | **0.00** | = .... | **$285,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **3i AVI, LLC**                                          Case number *(If known)* _____
_____
Name

| 12. | **Total of Part 3.** | | | | $285,000.00 |
|---|---|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** 14 Black Widow Units | | $350,000.00 | | $350,000.00 |
| 22.  **Other inventory or supplies** Cameras and Parts | | $10,000.00 | | $10,000.00 |

| 23. | **Total of Part 5.** | | | | $360,000.00 |
|---|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **3i AVI, LLC**                                                   Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desk, Chairs and Computers** | **$25,000.00** | | **$25,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Black Widow Demo** | **$25,000.00** | | **$25,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    | **$50,000.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Three imaging patents and Three patents pending** | **$50,000,000.00** | | **$50,000,000.00** |
| 61. **Internet domain names and websites** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **3i AVI, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | Customer and Mailing List | $25,000.00 | | $25,000.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| | Goodwill | $10,000,000.00 | | $10,000,000.00 |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$60,025,000.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | 3i AVI, LLC vs. Matthew T. Croak, Arbitration in Dallas, TX | $250,000.00 |
| | Nature of claim   Breach of Contract | |
| | Amount requested      $250,000.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| Debtor | **3i AVI, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 78. | **Total of Part 11.** | $250,000.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **3i AVI, LLC**
          Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $450,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $285,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $360,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $60,025,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $61,420,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $61,420,000.00 |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __3i AVI, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **General Motors Corporation** Creditor's Name | Describe debtor's property that is subject to a lien **2020 Chevrolet Silverado** | $65,621.36 | $60,000.00 |
| **PO Box 78143** **Phoenix, AZ 85062-8143** Creditor's mailing address | Describe the lien **Lien on Title** Is the creditor an insider or related party? ☑ No ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred **4/2020** Last 4 digits of account number **5709** | As of the petition filing date, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Do multiple creditors have an interest in the same property? ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $65,621.36

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **3i AVI, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Chris Boytek**<br>**4818 Deermoss Way**<br>**Jacksonville, FL 32217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,750.00 | $2,750.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Chris Dillow**<br>**13826 Wesst Rd.**<br>**Westfield, IN 46074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | 3i AVI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
|---|---|---|---|---|

**Colin Helper**
**8 Brooker Ct.**
**Saint Peters, MO 63376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.23 | $5,769.23 |
|---|---|---|---|---|

**Darren Kemper**
**117 Dover Rd.**
**Noblesville, IN 46060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,846.15 | $3,846.15 |
|---|---|---|---|---|

**Evan Lalo**
**164 West 18th Street**
**Holland, MI 49423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.38 | $2,115.38 |
|---|---|---|---|---|

**Gabriel Turner**
**20-39 32nd Street**
**Astoria, NY 11105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | 3i AVI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,250.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Gayleen Sizemore**<br>**105 Brookshire Creek**<br>**Wentzville, MO 63385** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$2,500.00** |
|---|---|---|---|---|
| | **Gerard Atienza**<br>**5 Concord Trail Ct.**<br>**Saint Peters, MO 63376** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Heather Storseth**<br>**164 West 18th Street**<br>**Holland, MI 49423** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|
| | **Keith Flores**<br>**209 SW O Street**<br>**Bentonville, AR 72712** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | 3i AVI, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,307.69 | $2,307.69 |
|---|---|---|---|---|
| | **Lisa Voyles**<br>**321 Ratz Drive**<br>**Granite City, IL 62040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,500.00 | $3,500.00 |
|---|---|---|---|---|
| | **Liv Vitale**<br>**4501 Hold Road**<br>**Wentzville, MO 63385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | **Lou Laste**<br>**2472 Jett Ferry Road**<br>**Suite 400**<br>**Atlanta, GA 30338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,153.85 | $4,153.85 |
|---|---|---|---|---|
| | **Matt Schreiber**<br>**HC 65 Box 196**<br>**Pie Town, NM 87827** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor    **3i AVI, LLC**                                          Case number (if known) _____
          Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.54 | $3,461.54 |
|---|---|---|---|---|

**Matt Sherill**
**6930 Emmons Drive**
**O Fallon, MO 63368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 | $3,500.00 |
|---|---|---|---|---|

**Mike Kearny**
**3220 Stowe Landing**
**Saint Charles, MO 63301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monika Rao**
**28A Glengarry Road**
**Glen Eden**
**Auckland 0602, New Zealand**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,543.27 | $1,543.27 |
|---|---|---|---|---|

**Nguyen Truong**
**1091 W. Morris Ave.**
**Springdale, AR 72764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | 3i AVI, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,500.00** | **$2,500.00** |
|---|---|---|---|---|
| | **Robert Hernandez**<br>**Colombia 1223A**<br>**Puerto Vallarta 45380, Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sanaa Naaz**<br>**24 Diorella Drive**<br>**Clover Park**<br>**Auckland, New Zealand** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,500.00** | **$2,500.00** |
|---|---|---|---|---|
| | **Sarah Scronce**<br>**16 Robin Hood Drive**<br>**Troy, MO 63379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,461.53** | **$3,461.53** |
|---|---|---|---|---|
| | **Timothy Grimes**<br>**938 Kingsridge Ct.**<br>**Ballwin, MO 63021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    3i AVI, LLC
_____          Case number (if known) _____
         Name

| | | |
|---|---|---|
| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |

**2.23**

Priority creditor's name and mailing address

**Twenty-One Picas**
**4810 Hannover Ave.**
**Saint Louis, MO 63123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00    $1,000.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address

**Charles Elbert**
**8235 Forsyth Blvd.**
**Suite 700**
**Saint Louis, MO 63105**

Date(s) debt was incurred  **02/2022**

Last 4 digits of account number  **8381**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset?  ☑ No  ☐ Yes

$7,594.40

**3.2**
Nonpriority creditor's name and mailing address

**UHY Advisors**
**PO Box 72217**
**Cleveland, OH 44192**

Date(s) debt was incurred  **02/2022**

Last 4 digits of account number  **4211**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset?  ☑ No  ☐ Yes

$27,365.00

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **David Sosne**<br>**903 South Lindbergh Blvd.**<br>**Suite 200**<br>**Saint Louis, MO 63131** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 **David Sosne**<br>**903 South Lindbergh Blvd.**<br>**Suite 200**<br>**Saint Louis, MO 63131** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 **Lawrence C. Friedman & Allison B. Spors**<br>**Thomspon Coburn**<br>**1 US Bank Plaza**<br>**Saint Louis, MO 63101-1693** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **3i AVI, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **R. Thomas Avery & Zachary McMichael**<br>**Capes Sokol**<br>**8182 Maryland Ave.**<br>**15th Floor**<br>**Saint Louis, MO 63105** | Line **3.2**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 58,758.64 |
| **5b. Total claims from Part 2** | 5b. + $ | 34,959.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 93,718.04 |

**Fill in this information to identify the case:**

Debtor name  **3i AVI, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of Black Widow Imaging Unit**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Akron Auto Auction** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of Black Widow Imaging Unit**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Alliance Auto Auctions** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of Black Widow Imaging Unit**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Baretta Boats** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of Black Widow Imaging Unit**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Bob Ruth Ford** |

Debtor 1   **3i AVI, LLC**                                                    Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Columbus Fair Auto Auction** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Great Kalanazoo Auto Auction** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Garage Space** | |
|---|---|---|---|
| | State the term remaining | **Month to Month until Terminated** | **Jason Hauk** |
| | List the contract number of any government contract | | **121 Reiters Ridge** **Foristell, MO 63348** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Keith Flores** |
| | List the contract number of any government contract | | **209 SW O Street** **Bentonville, AR 72712** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lake Charles Auto Auction** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Liv Vitale** |
| | List the contract number of any | | **4501 Hold Road** **Wentzville, MO 63385** |

Debtor 1    **3i AVI, LLC**                                              Case number (*if known*) _____

First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** |  |
|---|---|---|---|
|  | State the term remaining |  | **Lou Laste** |
|  | List the contract number of any government contract | _____ | **2472 Jett Ferry Road Suite 400 Atlanta, GA 30338** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | _____ | **Lynn Waugh Acura** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | _____ | **Mannheim Cox Automotive** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | _____ | **Mannheim Dallas** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | _____ | **Mannheim Dallas Gate** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** |  |
|---|---|---|---|
|  |  |  | **Mannheim New Jersey** |

Debtor 1   **3i AVI, LLC**
    First Name          Middle Name          Last Name             Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Mannheim Pennsylvania** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Monika Rao**<br>**28A Glengarry Road**<br>**Glen Eden**<br>**Auckland 0602, NEw Zealand** |
| | List the contract number of any government contract _____ | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **MSA Octane Buick** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Nguyen Truong**<br>**1091 W. Morris Ave.**<br>**Springdale, AR 72764** |
| | List the contract number of any government contract _____ | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **North Bay Auto Auction** |

Debtor 1    **3i AVI, LLC**                                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Robert Hernandez**<br>**Colombia 1223A**<br>**Puerto Vallarta 45380** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rocky Mountain Truckworks** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rocky Ridge Trucks** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sanaa Naaz**<br>**24 Diorella Drive**<br>**Clover Park**<br>**Auckland, New Zealand** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SCA Performance** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | **Sunset Honda** |
| | List the contract number of any | | |

Debtor 1    **3i AVI, LLC**                                                    Case number (*if known*) _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Black Widow Imaging Unit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Toyota of Tri Cities** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Twenty-One Picas** |
| | List the contract number of any government contract | _____ | **4810 Hannover Ave.** |
| | | | **Saint Louis, MO 63123** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __3i AVI, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City       State       Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City       State       Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City       State       Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City       State       Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name **3i AVI, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$630,000.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$1,800,000.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$1,780,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | 3i AVI, LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Jason Hauk<br>121 Reiters Ridge<br>Foristell, MO 63348<br>Manager/Member | 1/2022 | $45,000.00 | Reimbursement for Attorney Fees |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Matthew T. Croak v. Jason Hauk et al.<br>21SL-CC04773 | Petition for Appointment of Receiver and Damages | St. Louis County Courthouse<br>105 S Central Avenue<br>Saint Louis, MO 63105 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. 3i AVI, LLC vs. Matthew T. Croak<br>1310026201 | Breach of Contract and other remedies | Texas Arbitration | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | 3i AVI, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| David Sosne | None, Limited Receiver acting as board member | $0.00 |

| Case title | Court name and address |
|---|---|
| Croak et al v. Jason Hauk | St. Louis County Circuit Court |
| Case number | |
| 21SL-CC04773 | |
| Date of order or assignment | |
| 10/2021 | |

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David M. Dare 439 South Kirkwood Rd. Saint Louis, MO 63122 | | 4/11/2022 | $90,000.00 |
| | Email or website address ddare@hdsstl.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **3i AVI, LLC**                                                        Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Jason Hauk**<br>**121 Reiters Ridge**<br>**Foristell, MO 63348** | **Funds transferred to Hauk for payment of personal taxes later repaid** | **10/2020** | **$56,000.00** |
| | Relationship to debtor<br>**Manager** | | | |

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **838 and 850 Midpoint Drive**<br>**O Fallon, MO 63366** | **2018-2022** |
| 14.2. | **18366 Wings of Hope Blvd**<br>**Chesterfield, MO 63005** | **2020-2021** |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

| Debtor | 3i AVI, LLC | Case number *(if known)* | |
|---|---|---|---|

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Black Widow 401K Plan** | EIN: |

Has the plan been terminated?

■ No

☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Xtra Space Storage 801 Midpoint O Fallon, MO 63366** | **Jason Hauk and other key employees** | | ☐ No ■ Yes |
| **Warehouse 18366 Winds of Hope Blvd. Chesterfield, MO 63005** | **Steve Lieber** | **Equipment** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | 3i AVI, LLC | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|

Debtor    **3i AVI, LLC**                                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Botz Deal & Co.**<br>**2 Westbury Drive**<br>**Saint Charles, MO 63301** | **2017 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **UHY Advisors**<br>**PO Box 72217**<br>**Cleveland, OH 44192** | **11/2021 to Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Gayleen Sizemore- Office Manager** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Botz Deal & Co.**<br>**2 Westbury Drive**<br>**Saint Charles, MO 63301** | **2017- Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.    **Lisa Vogles- CFO** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Botz Deal & Co.**<br>**2 Westbury Drive**<br>**Saint Charles, MO 63301** | |
| 26c.2.    **UHY Advisors**<br>**PO Box 72217**<br>**Cleveland, OH 44192** | |
| 26c.3.    **David Sosne**<br>**903 South Lindbergh Blvd.**<br>**Suite 200**<br>**Saint Louis, MO 63131** | |
| 26c.4.    **Thompson Coburn, LLP**<br>**c/o Lawrence C. Friedman**<br>**One US Bank Plaza**<br>**Saint Louis, MO 63101** | |
| 26c.5.    **Charles Elbert**<br>**8235 Forsyth Blvd.**<br>**Suite 700**<br>**Saint Louis, MO 63105** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **3i AVI, LLC**                                                                          Case number *(if known)* _____

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.6. | **R. Thomas Avery**<br>**Capes Sokol**<br>**8182 Maryland Ave.**<br>**15th Floor**<br>**Saint Louis, MO 63105** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason Hauk** | **121 Reiters Ridge**<br>**Foristell, MO 63348** | **Managing Member and Director** | **65.18** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Van Shaw** | | **Member** | **3.92** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Schreiber Revocable Living Trust** | | **Member** | **0.78** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tom Freiert** | | **Member** | **3.14** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nguyen Truong** | **1091 W. Morris Ave.**<br>**Springdale, AR 72764** | **Member** | **1.62** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keith Flores** | **209 SW O Street**<br>**Bentonville, AR 72712** | **Member** | **0.81** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Croak** | | **Director** | |

Debtor    **3i AVI, LLC**                                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| David Sosne | 903 South Lindbergh Blvd. Suite 200 Saint Louis, MO 63131 | Director | |
| JA-Nutts, LLC- Jason and Arron Poage) | | Member | 5.16 |
| Matthew T. Croak Revokable Trust | | Member | 5.42 |
| United Car Care | | Member | 0.86 |
| Zach and Michelle Galfano | | Member | 0.17 |
| Andrew Croak | | Member | 0.34 |
| Ian Fee | | Member | 0.17 |
| Jim Mueller | | Member | 0.17 |
| Edward Cave | | Member | 0.34 |
| Dan Gouge | | Member | 0.34 |
| Anthony Mate | | Member | 0.17 |
| Brett and Margaret Honerkamp | | Member | 0.34 |

Debtor   3i AVI, LLC _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Hermanson Living Trust | | Member | 1.03 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| White Pines Group (Robb's 401k) | | Member | 0.34 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Air Sansone, LLC (Steve Lieber) | | Member | 5.05 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James and Michele Merkel | | Member | 0.51 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Air Sansone, LLC (Steve Lieber) | | Member | 4.10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Freriert | | 3.14% Member and former board member | 2019-2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jason Hauk<br>121 Reiters Ridge<br>Foristell, MO 63348 | $185,000 | Various | Guaranteed payment as employee |
| | Relationship to debtor<br>Managing Member | | | |
| 30.2. | Thomas Freiret | 55,416.00 | 4/21-11/21 | Salary |
| | Relationship to debtor<br>Member Employee | | | |

Debtor    3i AVI, LLC _____    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Keith Flores**<br>**209 SW O Street**<br>**Bentonville, AR 72712** | **$60,000** | **4/21-4/22** | **Salary** |
| **Relationship to debtor**<br>**Member Employee** | | | |
| 30.4. **Nguyen Truong**<br>**1091 W. Morris Ave.**<br>**Springdale, AR 72764** | **$18,000** | **4/21-4/22** | **Salary** |
| **Relationship to debtor**<br>**Member Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 12, 2022**

**/s/ Jason Hauk** _____         **Jason Hauk** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re __3i AVI, LLC__ 

Debtor(s)

Case No. _____

Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

■ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ **90,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ **350.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Assistance with sale of assets.**
    **Formulation and confirmation of a plan of liquidation.**
    **Other provission as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **3i AVI, LLC**                                                Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 12, 2022**                                        **/s/ David M. Dare**
_Date_                                                    **David M. Dare 35965**
                                                         _Signature of Attorney_
                                                         **Herren, Dare & Streett**
                                                         **439 S. Kirkwood Road, Suite 204**
                                                         **St. Louis, MO 63122**
                                                         **314-965-3373  Fax: 314-965-2225**
                                                         **hdsstl@hdsstl.com**
                                                         _Name of law firm_

## United States Bankruptcy Court
### Eastern District of Missouri

In re   **3i AVI, LLC**                                              Case No.
_____    Chapter   **11**
                          Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Air Sansone, LLC (Steve Lieber)** | | **4.10** | **Membership Interest** |
| **Air Sansone, LLC. (Steve Lieber)** | | **5.05** | **Membership Interest** |
| **Andrew Croak** | | **0.34** | **Membership Interest** |
| **Anthony Mate** | | **0.17** | **Membership Interest** |
| **Brett & Margaret Honerkamp** | | **0.34** | **Membership Interest** |
| **Dane Gouge** | | **0.34** | **Membership Interest** |
| **Edward Cave** | | **0.34** | **Membership Interest** |
| **Ian Fee** | | **0.17** | **Membership Interest** |
| **JA-Nutts (Jason & Arron Poage)** | | **5.16** | **Membership Interest** |
| **James and Michele Merkel** | | **0.51** | **Membership Interest** |
| **Jason Hauk**<br>**121 Reiters Ridge**<br>**Foristell, MO 63348** | | **65.18** | **Membership Interest** |
| **Jim Mueller** | | **0.17** | **Membership Interest** |
| **Keith Flores**<br>**209 SW O Street**<br>**Bentonville, AR 72712** | | **0.81** | **Membership Interest** |
| **Matthew Schreiber Revocable Living Trust** | | **0.78** | **Membership Interest** |

In re:    **3i AVI, LLC** _____    Case No. _____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthew T. Croak Revokable Trust** | | **5.42** | **Membership Interest** |
| **Nguyen Truong**<br>**1091 W. Morris Ave.**<br>**Springdale, AR 72764** | | **1.62** | **Membership Interest** |
| **Robert Hermanson Living Trust** | | **1.03** | **Membership Interest** |
| **Tom Freiert** | | **3.14** | **Membership Interest** |
| **United Car Care** | | **0.86** | **Membership Interest** |
| **Van Shaw** | | **3.92** | **Membership Interest** |
| **White Pines Group (Robb's 401k)** | | **0.34** | **Membership Interest** |
| **Zach & Michelle Galfano** | | **0.17** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 12, 2022** _____    Signature **/s/ Jason Hauk** _____
                                                              **Jason Hauk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Missouri

In re    **3i AVI, LLC**                                Case No.

                                     Debtor(s)           Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __**4**__ page(s) and is true, correct and complete.

                                        **/s/ Jason Hauk**

                                        **Jason Hauk**/**Managing Member**

                                        Signer/Title

                          Dated:     **April 12, 2022**

.

Akron Auto Auction


Alliance Auto Auctions


Baretta Boats


Bob Ruth Ford


Charles Elbert
8235 Forsyth Blvd.
Suite 700
Saint Louis, MO 63105

Chris Boytek
4818 Deermoss Way
Jacksonville, FL 32217

Chris Dillow
13826 Wesst Rd.
Westfield, IN 46074

Colin Helper
8 Brooker Ct.
Saint Peters, MO 63376

Columbus Fair Auto Auction


Darren Kemper
117 Dover Rd.
Noblesville, IN 46060

David Sosne
903 South Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131

David Sosne
903 South Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131

Evan Lalo
164 West 18th Street
Holland, MI 49423

Gabriel Turner
20-39 32nd Street
Astoria, NY 11105

Gayleen Sizemore
105 Brookshire Creek
Wentzville, MO 63385

General Motors Corporation
PO Box 78143
Phoenix, AZ 85062-8143

Gerard Atienza
5 Concord Trail Ct.
Saint Peters, MO 63376

Great Kalanazoo Auto Auction


Heather Storseth
164 West 18th Street
Holland, MI 49423

Jason Hauk
121 Reiters Ridge
Foristell, MO 63348

Keith Flores
209 SW O Street
Bentonville, AR 72712

Lake Charles Auto Auction


Lawrence C. Friedman & Allison B. Spors
Thomspon Coburn
1 US Bank Plaza
Saint Louis, MO 63101-1693

Lisa Voyles
321 Ratz Drive
Granite City, IL 62040

Liv Vitale
4501 Hold Road
Wentzville, MO 63385

Lou Laste
2472 Jett Ferry Road
Suite 400
Atlanta, GA 30338

Lynn Waugh Acura


Mannheim Cox Automotive

Mannheim Dallas

Mannheim Dallas Gate

Mannheim New Jersey

Mannheim Pennsylvania

Matt Schreiber
HC 65 Box 196
Pie Town, NM 87827

Matt Sherill
6930 Emmons Drive
O Fallon, MO 63368

Mike Kearny
3220 Stowe Landing
Saint Charles, MO 63301

Monika Rao
28A Glengarry Road
Glen Eden
Auckland 0602, New Zealand

MSA Octane Buick

Nguyen Truong
1091 W. Morris Ave.
Springdale, AR 72764

North Bay Auto Auction

R. Thomas Avery & Zachary McMichael
Capes Sokol
8182 Maryland Ave.
15th Floor
Saint Louis, MO 63105

Robert Hernandez
Colombia 1223A
Puerto Vallarta 45380, Mexico

Rocky Mountain Truckworks

Rocky Ridge Trucks

Sanaa Naaz
24 Diorella Drive
Clover Park
Auckland, New Zealand

Sarah Scronce
16 Robin Hood Drive
Troy, MO 63379

SCA Performance

Sunset Honda

Timothy Grimes
938 Kingsridge Ct.
Ballwin, MO 63021

Toyota of Tri Cities

Twenty-One Picas
4810 Hannover Ave.
Saint Louis, MO 63123

UHY Advisors
PO Box 72217
Cleveland, OH 44192

# United States Bankruptcy Court
### Eastern District of Missouri

In re   <u>3i AVI, LLC</u>                           Case No. _____

                           Debtor(s)          Chapter    <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>3i AVI, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>April 12, 2022</u>                           **/s/ David M. Dare**
Date                                  **David M. Dare 35965**

                                        Signature of Attorney or Litigant
                                        Counsel for   <u>3i AVI, LLC</u>

                                        **Herren, Dare & Streett**
                                        **439 S. Kirkwood Road, Suite 204**
                                        **St. Louis, MO 63122**
                                        **314-965-3373 Fax:314-965-2225**
                                        **hdsstl@hdsstl.com**